UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMEAS SHIRUK DURANZAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-cv-01766-JCC-BAT<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On October 23, 2024, Plaintiff submitted a prisoner civil rights complaint.[1] (Dkt. No. 1.) Because Plaintiff failed to pay the filing fee or apply to proceed *in forma pauperis* ("IFP"), the clerk sent him a letter advising him he must pay the filing fee or submit an IFP application by November 29, 2024, or the case will be dismissed. (Dkt. No. 2.) Because Plaintiff has not responded to the clerk's letter, and has neither paid the filing fee nor submitted an IFP application, the Court ORDERS:

　　(1)　The complaint, (Dkt. No. 1), is DISMISSED without prejudice.

　　(2)　The clerk shall provide Plaintiff with a copy of this letter and close the case.

---

[1] The Court notes that on October 23, 2024, Plaintiff filed numerous civil rights complaints in this Court. *See* Case Nos. 2:24-cv-1760 to 2:24-cv-1767.

ORDER DISMISSING CASE WITHOUT
PREJUDICE - 1

Dated this 2nd day of December 2024.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge